# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL WILLIAMS,** | ) |
|       **Petitioner,** | ) |
| vs. | )   **CIVIL NO. 07-cv-487-JPG** |
| **B. A. BLEDSOE,** | ) |
|       **Respondent.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

In March 2006, Petitioner received a disciplinary report from Lt. Hollingsworth. That report charged Petitioner with possession of a weapon that had been found in his mattress during a cell inspection at USP-McCreary. The disciplinary proceeding resulted in revocation of 41 days of good conduct time, as well as commissary and visitation restrictions and time in disciplinary segregation. Petitioner claims that there was insufficient evidence to find him guilty, and that he was not provided with timely notice of the charges. Therefore, he filed this action pursuant to 28 U.S.C. § 2241 to challenge this disciplinary proceeding, and he seeks leave to proceed *in forma pauperis*.

**IT IS HEREBY ORDERED** that the motion for leave to proceed *in forma pauperis* (Doc. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**Dated: February 8, 2008**

                                                  s/ J. Phil Gilbert
                                                  **U. S. District Judge**