UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL WILLIAMS

    Petitioner,

v.

WARDEN EICHENLAUB,

    Respondent.

Case No. 07-cv-487-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Carl Williams's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Warden Eichenlaub and against petitioner Carl Williams, and that this case is dismissed with prejudice.

**DATED: September 15, 2008**　　　　　　　　　　NORBERT JAWORSKI

　　　　　　　　　　　　　　　　　　　　　　　By:s/Deborah Agans,
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk



**Approved:**　　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**